# LEVITT & KAIZER
### ATTORNEYS AT LAW

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

40 Fulton Street, Suite 1702
New York, New York 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

August 15, 2024

> The request is granted. Mr. Dhillon may travel to Connecticut between September 30 and October 2, 2024, in accordance with the itinerary provided to the Government and Probation. Mr. Dhillon shall promptly notify the Government and Probation of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 61.
>
> SO ORDERED.
> Date: August 16, 2024
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Rawinder Dhillon,
      24-CR-369 (JPC)

Dear Judge Cronan:

    I represent Rawinder Dhillon, who is awaiting sentencing in the above-captioned case, and I respectfully ask the Court's permission for Mr. Dhillon to travel to Uncasville, Connecticut for a Red Roof/Elevate Brand Conference between September 30 and October 2, 2024.

    I have corresponded with AUSA Adam Margulies, who said he would defer to Pretrial Services. I also corresponded with Pretrial Services Officer Meherun Mayer, who responded he does not object. We have already provided the Government and Probation with Mr. Dhillon's itinerary and will provide updates, if any.

Respectfully,

Richard Levitt

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov);
    PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)