RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

# LEVITT & KAIZER
ATTORNEYS AT LAW
40 Fulton Street, Suite 1702
New York, New York 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

September 16, 2024

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: U.S. v. Rawinder Dhillon,
          24-CR-369 (JPC)

Dear Judge Cronan:

  I represent Rawinder Dhillon, who is awaiting sentencing in the above-captioned case, and I respectfully ask the Court's permission for Mr. Dhillon to travel to Las Vegas for a risk management summit between September 22 and 25, 2024.

  We have corresponded with AUSA Adam Margulies, who said the government would defer to Pretrial Services. We also corresponded with Pretrial Services Officer Meherun Mayer, who responded that Pretrial does not object to this travel. We have already provided the Government and Pretrial with Mr. Dhillon's itinerary and will provide updates, if any.

            Respectfully,

            Richard Levitt

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov)
   PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

The request is granted. Mr. Dhillon may travel to Las Vegas between September 22 and 25, 2024, in accordance with the itinerary provided to the Government and Pretial. Mr. Dhillon shall promptly notify the Government and Pretrial of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 67.

SO ORDERED.
Date: September 17, 2024
New York, New York

JOHN P. CRONAN
United States District Judge