**RICHARD WARE LEVITT\***
rlevitt@landklaw.com

**NICHOLAS G. KAIZER\***
nkaizer@landklaw.com

**ZACHARY SEGAL**
zsegal@landklaw.com

**\*** ADMITTED IN NY, FLA., AND D.C.

**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

October 4, 2024

Hon. John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *U.S. v. Rawinder Dhillon*, 24-CR-369 (JPC)

Dear Judge Cronan:

    I represent Rawinder Dhillon in the above-captioned case and submit this letter on behalf of Mr. Dhillon and co-defendant Aminder Singh, as well as on behalf of the Government, to respectfully ask the Court to adjourn the sentences of both defendants to a date approximately three weeks after Mr. Singh's presently scheduled sentence on November 6 (Mr. Dhillon's sentence is presently scheduled for October 21). The undersigned requests that the Court not set sentence for December 2. We also ask that the Court adjourn the corresponding due dates for the defendants' and the government's sentencing submissions.

    The purpose of the requested adjournment is to permit the parties to consider the significance, both for purposes of the Guidelines calculation and for restitution, of the recent settlement entered between, *inter alia*, Mr. Dhillon and the identified victim of this case, Armor Bay Construction, for an amount significantly less than the amount of the loss and restitution reflected in the defendants' plea agreement. (Undersigned counsel did not represent Mr. Dhillon in the civil litigation). The parties are conducting the necessary inquiries to determine whether the settlement agreement reflects Armor Bay's actual loss or whether it was motivated by other considerations.

    Thank you for considering this request.

Respectfully,

*/s/ Richard Levitt*

Richard Levitt

cc:   AUSA Adam Margulies (adam.margulies@usdoj.gov)
       AUSA Alexandra Messiter (Alexandra.messiter@usdoj.gov)
       James Kousouros (james@kousouroslaw.com)

The instant request is granted. Mr. Dhillon's sentencing is hereby adjourned to November 26, 2024, at 10:00 a.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. Mr. Singh's sentencing is hereby adjourned to December 4, 2024, at 2:00 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. The corresponding sentencing submissions due dates are also hereby adjourned. The Clerk of Court is respectfully directed to close Docket Number 72.

SO ORDERED.
Date: October 4, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge