RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

# LEVITT & KAIZER
ATTORNEYS AT LAW

40 FULTON STREET, SUITE 1702

NEW YORK, NEW YORK 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

October 18, 2024

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: U.S. v. Rawinder Dhillon,
         24-CR-369 (JPC)

Dear Judge Cronan:

  I represent Rawinder Dhillon, who is awaiting sentencing in the above-captioned case, and respectfully ask the Court's permission for Mr. Dhillon to travel to Louisiana for business between October 21 and 23, 2024. We apologize for the lateness of this request, but Mr. Dhillon learned yesterday that he needs to complete a final inspection of 11 of the gas station sites he is purchasing on November 1, sufficiently in advance of a related October 31 lease signing to permit additional testing that may be required based on the inspections.

  We have corresponded with AUSA Alexandra Messiter, who said the government would not object so long as Pretrial approves the travel. Pretrial does not object. We will provide the Government and Pretrial with Mr. Dhillon's detailed itinerary prior to travel if the Court grants this request.

  Again, we apologize for the lateness of this request and thank the Court for its consideration.

                Respectfully,

                */s/ Richard Levitt*

                Richard Levitt

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov)
  PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

The request is granted. Mr. Dhillon may travel to Louisiana between October 21 and 23, 2024. Mr. Dhillon shall timely provide an itinerary to the Government and Pretial. Mr. Dhillon shall also promptly notify the Government and Pretrial of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 74.

SO ORDERED.
Date: October 18, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge