LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET, SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

*  ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

November 12, 2024

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    U.S. v. Rawinder Dhillon,
       24-CR-369 (JPC)

Dear Judge Cronan:

We represent Rawinder Dhillon, who is awaiting sentencing in the above-captioned case, and respectfully ask the Court's permission for Mr. Dhillon to travel to Louisiana for business between November 19 and 22, 2024. Dhillon is in the process of purchasing automotive service stations and needs to inspect several properties prior to closing.

We have corresponded with AUSA Alexandra Messiter and Pretrial Services Officer Meherun Mayer, neither of whom object to this planned travel. We will provide the Government and Pretrial with Mr. Dhillon's detailed itinerary prior to travel if the Court grants this request.

Respectfully,

*[signature]*

Richard Levitt

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov)
    PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

The request is granted. Mr. Dhillon may travel to Louisiana between November 19 and 22, 2024. Mr. Dhillon shall timely provide an itinerary to the Government and Pretial. Mr. Dhillon shall also promptly notify the Government and Pretrial of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 77.

SO ORDERED.
Date: November 13, 2024
New York, New York

*[signature]*
_____
JOHN P. CRONAN
United States District Judge