# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET, SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

December 26, 2024

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    U.S. v. Rawinder Dhillon,
                        24-CR-369 (JPC)

Dear Judge Cronan:

      We represent Rawinder Dhillon, who will surrender on Mach 26, 2025, to serve the custodial component of his sentence and respectfully ask the Court's permission for Mr. Dhillon to travel to Mississippi and Louisiana for business between January 6 and 10, 2025. Mr. Dhillon's family recently purchased service stations in Louisiana, and he needs to travel there to facilitate business operations.

      We have corresponded with AUSA Alexandra Messiter and Pretrial Services Officer Meherun Mayer, neither of whom object to this planned travel. We have provided the Government and Pretrial with Mr. Dhillon's detailed itinerary.

      Thank you or considering this request.

                                              Respectfully,

                                              Richard Levitt

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov)
     PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

> The request is granted. Mr. Dhillon may travel to Mississippi and Louisiana between January 6 and 10, 2025. Mr. Dhillon shall promptly notify the Government and Pretrial of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 90.

SO ORDERED.
Date: December 30, 2024
New York, New York

                                              JOHN P. CRONAN
                                             United States District Judge