LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET, SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

January 27, 2025

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    U.S. v. Rawinder Dhillon,
                  24-CR-369 (JPC)

Dear Judge Cronan:

      We represent Rawinder Dhillon, who will surrender on Mach 26, 2025, to serve the custodial component of his sentence and respectfully ask the Court's permission for Mr. Dhillon to travel to Forida between February 13 and 24, 2025.

      Dhilon will be travelling to Daytona, Florida as a guest of Sunoco for the Daytona 500 auto race between February 13 and 17 (Mr. Dhillon recently completed the purchase of several Sunoco service stations in Louisiana). Thereafter, Dhillon would like to join his family for a vacation in Naples, Florida, between February 17 and 24.

      We have corresponded with AUSA Alexandra Messiter and Pretrial Services Officer Meherun Mayer, neither of whom object to this planned travel. We have provided the Government and Pretrial with Mr. Dhillon's itinerary and will provide them with updates if this travel is granted.

      Thank you or considering this request.

                          Respectfully,

                          Nicholas Kaizer

cc:    AUSA Alexandra Messiter
       PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

The request is granted. Mr. Dhillon may travel to Daytona, Florida, between February 13 and 17, 2025. Mr. Dhillon may travel to Naples, Florida, between February 17 and 24, 2025. Mr. Dhillon shall promptly notify the Government and Pretrial of any updates to his itinerary. The Clerk of Court is respectfully directed to close Docket Number 94.

SO ORDERED.
Date: January 28, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge