# LEVITT & KAIZER
### ATTORNEYS AT LAW

40 FULTON STREET, SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

May 7, 2025

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: U.S. v. Rawinder Dhillon,
         24-CR-369 (JPC)

Dear Judge Cronan:

  We represent Rawinder Dhillon, who surrendered to commence his custodial term on April 30, 2025. Mr. Dhillon's passport was surrendered to Pretrial on or about June 5, 2023, as per the terms of his pretrial release (Doc 9, p.4, ¶ 7(d)).

  We seek return of Mr. Dhillon's passport to undersigned counsel from Pretrial Services. Forwarding the passport to counsel, rather than the U.S. Department of State will obviate Mr. Dhillon having to apply for a new passport. Mr. Dhillon and his family have authorized our accepting and holding the passport on his behalf. When released from custody and while on Supervised Release, Mr. Dhillon will not utilize the passport for travel absent permission from Pretrial sand the Court.

  Thank you for considering this request.

           Respectfully,

           Nicholas G. Kaizer

cc: AUSA Adam Margulies (adam.margulies@usdoj.gov)
  PTSO Meherun Mayer (Meherun_Mayer@nyspt.uscourts.gov)

The instant request is granted. Pretrial Services shall return Mr. Dhillon's passport to his counsel. The Clerk of Court is respectfully directed to close Docket Number 108.

SO ORDERED.
Date: May 16, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge